## Traction Materials Co. v. Pittsburgh, McKeesport & Westmoreland Railway Co. (No. 2).

Argued Feb. 5, 1918. Appeal, No. 184, Oct. T., 1917, by James B. Secrist, Receiver, from decree of C. P., Allegheny Co., Jan. T., 1912, No. 447, dismissing exceptions to auditor's report in case of Traction Materials Company v. Pittsburgh, McKeesport & Westmoreland Railway Company. Before BROWN, C. J., POTTER, MOSCHZISKER, FRAZER and WALLING, JJ. Affirmed.

Bill in equity for the appointment of receiver.

Exceptions to report of auditor. Before DAVIS, J.

The facts appear in Traction Materials Company v. Pittsburgh, McKeesport & Westmoreland Co., 261 Pa. 153.

The court dismissed the exceptions. James V. Secrist, Receiver, appealed.

*Errors assigned* were in dismissing the exceptions.

W. *Clyde Grubbs,* with him *William B. Secrist,* for appellant.

M. *W. Acheson, Jr.,* with him *Sterrett* and *Acheson,* for appellee.

OPINION BY MR. JUSTICE WALLING, April 22, 1918:

In the opinion filed herewith on the appeals of Union Trust Company of New Jersey et al., from the same decree, we have considered the questions raised by the re-

ceiver on this appeal; and, for reasons there stated, the assignments of error in this case are overruled and the appeal dismissed at the costs of appellant.